NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALAN JAMES BIMA, | No. 22-16138 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00062-RCJ-CSD |
| v. | |
| CAPITAL ONE; RESURGENT CAPITAL SERVICES, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Robert C. Jones, District Judge, Presiding

Submitted June 26, 2023**

Before:     CANBY, S.R. THOMAS, and CHRISTEN, Circuit Judges.

Alan James Bima appeals pro se from the district court's order dismissing

with prejudice for failure to comply with local rules his diversity action alleging

state law claims arising from unpaid credit card charges.  We have jurisdiction

under 28 U.S.C. § 1291.  We affirm.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Because Bima failed to make any argument on appeal regarding the district court's dismissal of his complaint under the local rules, Bima has waived any challenge to the dismissal. *See Indep. Towers of Washington v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003).

To the extent Bima challenges the district court's order staying discovery pending its resolution of defendants' motions to dismiss, Bima has not shown the district court abused its discretion. *See Lazar v. Kroncke*, 862 F.3d 1186, 1193, 1203 (9th Cir. 2017).

All pending motions are denied.

**AFFIRMED.**